IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KATHRYN K. WAGGONER** *and*  **PLAINTIFFS**
**JOHN W. WAGGONER**

**v.**  **CIVIL ACTION NO. 1:21-cv-101-TBM-RPM**

**RUTH M. SHOEMAKER** *and*
**LARRY SHOEMAKER**  **DEFENDANTS**

## JUDGMENT OF DISMISSAL

The parties have agreed to, and announced to the Court, a resolution of this case. The Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket,

IT IS ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties, with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 19th day of April, 2022.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE